UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Honorable Marianne O. Battani |
| PRODUCT(S): WIRE HARNESS SYSTEMS INSTRUMENT PANEL CLUSTERS FUEL SENDERS THIS DOCUMENT RELATES TO: ALL DEALERSHIP ACTIONS ALL END-PAYOR ACTIONS | : : : : : : : : : : : : : | 2:12-cv-00102-MOB-MKM 2:12-cv-00103-MOB-MKM 2:12-cv-00202-MOB-MKM 2:12-cv-00203-MOB-MKM 2:12-cv-00302-MOB-MKM 2:12-cv-00303-MOB-MKM |

**STIPULATION AND ORDER REGARDING EXPEDITED HEARING ON END-PAYOR PLAINTIFFS' AND DEALERSHIP PLAINTIFFS' MOTIONS FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

WHEREAS, on September 22, 2014, End-Payor Plaintiffs and Auto Dealership Plaintiffs filed their Motions for Preliminary Approval of Proposed Settlement with Yazaki Defendants and Provisional Certification of a Settlement Class (the "Motion") in the above-captioned matters[1];

WHEREAS, pursuant to L.R. 7.1(e)(2), any response to the Motion must be filed on or before October 6, 2014, and any reply must be filed on or before October 13, 2014, and thus any hearing on the Motion would likely be held after October 13, 2014;

---

[1] *See* Docket Nos. 200 and 222 in case nos. 12-cv-00102 and 12-cv-00103, respectively (Wire Harness); Docket Nos. 104 and 96 in case nos. 12-cv-00202 and 12-cv-00203, respectively (Instrument Panel Clusters); and Docket Nos. 120 and 87 in case nos. 12-cv-00302 and 12-cv-00303, respectively (Fuel Senders).

WHEREAS, the next matter before the Court is the status conference currently scheduled for October 8, 2014, wherein counsel for the settling parties, as well as counsel of record for the remaining parties in the above-captioned matters, are expected to appear;

WHEREAS, given that a significant number of attorneys in this antitrust litigation practice outside of the Eastern District of Michigan, and considering the expense associated with travel to the Eastern District, and considering the Court's and the parties' emphasis on cost management, it would be prudent and advantageous for the Court to hear the Motion, on an expedited basis, on October 8, 2014;

WHEREAS, pursuant to L.R. 7.1(a), attorneys for the End-Payor Plaintiffs and Auto Dealership Plaintiffs sought concurrence from counsel for all Defendants, to request the Court to hear the Motion, on an expedited basis, on October 8, 2014;

WHEREAS, Defendants have no objection to the relief sought;

WHEREAS, the Court, being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Court shall hear End-Payor Plaintiffs' and Auto Dealership Plaintiffs' Motions for Preliminary Approval of Proposed Settlement with Yazaki Defendants and Provisional Certification of a Settlement Class, on an expedited basis, on October 8, 2014, immediately following the status conference on that date.

**IT IS SO ORDERED**.

Date: September 23, 2014  s/Marianne O. Battani  
MARIANNE O. BATTANI  
United States District Judge

Approved as to form and content:

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Adam Schnatz (P72049)
THE MILLER LAW FIRM, P.C.
950 W. University Drive
Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
ats@millerlawpc.com

***Interim Liaison Counsel for End-Payor Plaintiffs***

Hollis Salzman
Bernard Persky
William V. Reiss
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

Marc M. Seltzer
Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

*/s/ Warren T. Burns*
Terrell W. Oxford
Warren T. Burns
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

toxford@susmangodfrey.com
wburns@susmangodfrey.com

Frank C. Damrell
Steven N. Williams
Adam J. Zapala
Elizabeth Tran
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cmplegal.com
etran@cpmlegal.com

*terim Co-Lead Class Counsel for End-Payor Plaintiffs and Proposed Settlement Class Counsel*

*/s/ Don Barrett (w/ consent)*_____
Don Barrett
David McMullan
Brian Herrington
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

*/s/ Jonathan W. Cuneo (w/ consent)*___
Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com
joel@cuneolaw.com
vicky@cuneolaw.com

*/s/ Shawn M. Raiter (w/ consent)*
Shawn M. Raiter
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Auto- Dealer Plaintiffs*

Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
Mantese Honigman Rossman
and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Telephone: (248) 457-9200
Fax: (248) 457-9201
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

*Interim Liaison Counsel for Auto Dealer Plaintiffs*