**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION

MASTER FILE NO. 12-md-02311
Hon. Marianne O. Battani

_____

| | |
|---|---|
| In Re: Wire Harness Systems | 12-cv-00103 |
| In Re: Instrument Panel Clusters | 12-cv-00203 |
| In Re: Fuel Senders | 12-cv-00303 |
| In Re: Heater Control panels | 12-cv-00403 |
| In Re: Occupant Safety Systems | 12-cv-00603 |
| In Re: Alternators | 13-cv-00703 |
| In Re: Radiators | 13-cv-01003 |
| In Re: Starters | 13-cv-01103 |
| In Re: Switches | 13-cv-01303 |
| In Re: Ignition Coils | 13-cv-01403 |
| In Re: Motor Generators | 13-cv-01503 |
| In Re: Steering Angle Sensors | 13-cv-01603 |
| In Re: HID Ballasts | 13-cv-01703 |
| In Re: Inverters | 13-cv-01803 |
| In Re: Air Flow Meters | 13-cv-02003 |
| In Re: Fuel Injection Systems | 13-cv-02203 |
| In Re: Automatic Transmission Fluid Warmers | 13-cv-02403 |
| In Re: Valve Timing Control Devices | 13-cv-02503 |
| In Re: Electronic Throttle Bodies | 13-cv-02603 |

_____

THIS DOCUMENT RELATES TO:

End- Payor Actions
_____/

**ORDER GRANTING MOTION TO AMEND OPINION AND ORDER**
**GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENTS**

Before the Court is End-Payor Plaintiffs ("EPPs") Motion to Amend Opinion and

Order Granting Final Approval of Class Action Settlements (Doc. Nos. 499 in 12-103,

186 in 12-203, 158 in 12-303, 192 in 12-403, 150 in 12-603, 104 in 13-703, 151 in 13-

1003, 122 in 13-1103, 99 in 13-1303, 111 in 13-1403, 106 in 13-1503, 63 in 13-1603, 170 in 13-1703, 99 in 13-1803, 63 in 13-2003, 228 in 13-2203, 73 in 13-2403, 162 in 13-2503, and 63 in 13-2603).  In its Opinion and Order, the Court observed that the deadline for exclusions had passed with no class members requesting exclusion.  End-Payor Plaintiff ; s subsequently informed the Court that four requests for exclusion had been received.  Because the number of exclusions is so small in light of the millions of members in the Settlement Classes, the Court's analysis remains unchanged.  Nevertheless, the Court will amend the Opinion and Order as requested.

**IT IS SO ORDERED.**

Date:  August 8, 2016

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 8, 2016.

s/ Kay Doaks
Case Manager