AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Tommy Wilson, et al, ) | |
| ) | |
| ) | Civil Action No.  2:12-cv-00203 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| Continental Automotive Electronics, LLC, et al, ) | Hon.  Marianne O. Battani |
| ) | |
| ) | |
| *Defendant.* ) | |

## SUMMONS IN A CIVIL ACTION

To:     Continental Automotive Korea, Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> E. Powell Miller
> The Miller Law Firm
> 950 W. University Drive
> Suite 300
> Rochester, MI 48307

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D. Worth

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 10, 2014



**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In Re:  AUTOMOTIVE PARTS | ) | 12-md-02311 |
| ANTITRUST LITIGATION | ) | Honorable Marianne O. Battani |
| | ) | |
| | ) | 2:12-cv-00203-MOB-MKM |
| In Re: INSTRUMENT PANEL CLUSTER CASES | ) | |
| | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| END-PAYOR ACTIONS | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2016, I caused End-Payor Plaintiffs' Second

Consolidated Amended Class Action Complaint and Summons in a Civil Action to be

served by electronic mail to U.S. Counsel for Defendant Continental Automotive Korea

LTD, listed below:

JOHN J. EKLUND
MAURA L. HUGHES
ALEXANDER B. REICH
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
216) 622-8200 (Phone)
(216) 241-0816 (Fax)
jeklund@calfee.com
mhughes@calfee.com
areich@calfee.com

Dated: August 10, 2016

                                         */s/ William Reiss*

William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone:  (212) 980-7400
Facsimile:  (212) 980-7499
WReiss@RobinsKaplan.com